# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE HAVENS, an individual,<br><br>        Plaintiff,<br><br>   v.<br><br>SOURCE GLOBAL, INC., a Delaware Corporation; and DOES 1 through 20, inclusive,<br><br>        Defendant. | Case No. CV 25-5802-DMG (BFMx)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [15]** |

    Pursuant to the Parties' Joint Stipulation of Dismissal of the Entire Action with Prejudice [Doc. # 15],

    IT IS HEREBY ORDERED that the above-captioned action is DISMISSED WITH PREJUDICE, and that each Party shall bear her or its own costs, expenses, and attorneys' fees.

DATED: September 16, 2025

                                                  _____
                                                  DOLLY M. GEE
                                           Chief United States District Judge